## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No:  07-cv-01023-RPM-MJW

UNITED FIRE & CASUALTY COMPANY, an Iowa corporation, and
ADDISON INSURANCE COMPANY, an Illinois corporation,

Plaintiffs,

vs.

GOODMAN ASSOCIATES, L.L.C., a Colorado limited liability company,
COLORADO TIMBER COMPANY, INC., a dissolved Colorado corporation, and
VAIL CUSTOM LOG HOMES, INC., a Colorado corporation d/b/a COLORADO CUSTOM LOG AND TIMBER

Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS
---

THIS COURT having received the Parties' Stipulated Motion to Dismiss, having fully considered the Stipulated Motion, hereby orders as follows:

1. DISMISSES Plaintiffs' claims against all Defendants with prejudice.

2. DISMISSES Colorado Timber Company and Vail Custom Log Homes' counterclaims against Plaintiffs with prejudice.

3. DISMISSES any and all claims asserted or which could have been asserted by or among Plaintiff and Defendants relating to insurance coverage, claim handling, defense and/or settlement of the Underlying Action, with prejudice.

4. Each party to bear its own costs, expenses, and attorney fees.

Done and entered this 5th day of September, 2007.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        United States District Court
        Judge Richard P. Matsch, Presiding